UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **Nazmul Hoque, MD, and Masuma Hoque,** | Case No.: CV-07-0793-BR |
| Plaintiffs, | Agency Case No.: A74 105 007 And A98 157 395 |
| v. | |
| United States Citizenship and Immigration Services, **William D. McNamee**, Portland District Director; **Gerard Heinauer**, Director, Nebraska Service Center, and **Emilio Gonzalez**, Director; Department of Homeland Security, **Michael Chertoff**, Secretary; Department of Justice, **Alberto Gonzales**, United States Attorney General; and Federal Bureau of Investigation, **Robert S. Mueller, III**, Director and **Michael A. Cannon**, Chief, National Name Check Program; | **JUDGMENT** |
| Defendants. | |

Based on the Court's Order issued in this case on January 7, 2008, and the Notice of Compliance filed by Defendants on February 19, 2008,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and against Defendants.

Dated this 26th day of February, 2008.

_____
ANNA J. BROWN
United States District Judge

SUBMITTED BY:

                                          KARIN J. IMMERGUT
                                          United States Attorney
                                          District of Oregon

| _s/Philip Smith_ | _s/ James E. Cox, Jr._ |
|---|---|
| PHILIP JAMES SMITH, OSB No. 98103 | JAMES E. COX, JR. |
| NELSON \| SMITH LLP | Assistant United States Attorney |
| 208 SW First Avenue, Suite 360 | 1000 SW third Avenue, Suite 600 |
| Portland, Oregon 97204 | Portland, Oregon 97204 |
| Phone: 503-224-8600 | Phone (503) 727-1026 |
| Fax: 503-224-0854 | Fax: 503-727-1117 |
| Attorney for Plaintiffs | Attorneys for Defendants |